# Third District Court of Appeal
## State of Florida

Opinion filed April 9, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1255
Lower Tribunal Nos. F08-24400, F09-9407
_____


**David Joseph Brogdon,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Carlos J. Martinez, Public Defender, and Jennifer Thornton, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.


Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. See Green v. State, 224 So. 3d 252 (Fla. 3d DCA 2017).